In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for Opening and Extending East River Drive from Grand Street to Montgomery Street in the Borough of Manhattan.

J. A. KENNEDY REALTY CORPORATION et al., Appellants.

Argued November 24, 1942; decided January 7, 1943.

*William Dike Reed* for appellants.

*William C. Chanler, Corporation Counsel (Alfred D. Jahr* and *Julius Isaacs* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.